**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION** **MDL No. 3181**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 5, 2026, the Panel transferred 3 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3181, ECF No. 76 (J.P.M.L. 2026). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Josephine L. Staton.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Staton.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of June 5, 2026, and, with the consent of that court, assigned to the Honorable Josephine L. Staton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 16, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum

Jessica D. Birnbaum
Clerk of the Panel

Case MDL No. 3181 Document 81 Filed 06/16/26 Page 2 of 2

**IN RE: BOSTON SCIENTIFIC CORPORATION SPINAL CORD STIMULATOR PRODUCTS LIABILITY LITIGATION**

MDL No. 3181

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 26−03602 | Greenberg v. Boston Scientific Corporation et al |
| CAN | 3 | 26−04804 | Hansen v. Boston Scientific Corp. et al |
| FLORIDA NORTHERN | | | |
| FLN | 5 | 26−00109 | JARRETT v. ABBOTT LABORATORIES et al |
| GEORGIA NORTHERN | | | |
| GAN | 2 | 26−00160 | McDonald v. Boston Scientific Corporation |
| GEORGIA SOUTHERN | | | |
| GAS | 1 | 26−00098 | Whitehouse v. Boston Scientific Corporation |
| MISSOURI WESTERN | | | |
| MOW | 6 | 26−03147 | Williams v. Boston Scientific Corporation et al |